# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KAMARIO SMITH,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

Case No. 2:14-cv-01021-GMN-NJK

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Petitioner informs the Court that he never received the order granting his motion for an extension of time to file a reply. (ECF No. 19).

    **IT IS THEREFORE ORDERED** that the Clerk of Court **SHALL SERVE** the order dated December 19, 2014 (ECF No. 17) on petitioner at his address of record at the Lovelock Correctional Center.

    **DATED** this 26th day of January, 2015.

                                          Gloria M. Navarro, Chief Judge
                                          United States District Court